**EXHIBIT B**

# 天津森德暖通设备有限公司
## ZEHNDER THERMAL (TIANJIN) CO., LTD.

# 采 购 单

炎特换热设备（浙江）：方其健先生收（电话：0572-5039980 传真：0572-5321568）。

方其健先生，您好！

我司，瑞特灵暖通设备（天津）有限公司，欲求购贵司生产的套管式换热器，具体型号及数量如下：

| 部件编号 Parts | 部件名称 | 规格或型号 Model No. | 数量 Amount |
|---|---|---|---|
| 48P001A01 | 套管换热器 coax | ET013SC | 2 |
| 48P002A01 | 套管换热器 coax | ET016SC | 2 |
| 48P003A01-02 | 套管换热器 coax | ET019SC | 2 |
| 48P003A01-02 | 套管换热器 coax | ET024SC | 2 |
| 48P004A01 | 套管换热器 coax | ET030SC | 2 |

请根据我所采购的信息编制购销合同，并盖章传给我，我收到确认后回传。
希望我们合作愉快！
我司的联系方式如下：

天津西青开发区兴华十一支路13号
邮政编码：300381
联系人：何小忠（采购部经理兼总经理助理）
电话：022-83962821，13502014276
传真：022-23972873

商祺！

天津森德暖通设备有限公司
www.rittling.com.cn
2007-3-6

天津市西青开发区建福工业园13号　邮编：300385
Building #13, Jianfu Industrial Zone, Xiqing Economic Development Area, Tianjin 300385, China
电话 Phone: 022-83962821　传真 Fax: 022-23972873

To: 23972017
河水思过

# 购 销 合 同

合同编号：HT20070307—01
签订日期：2007年3月02日

供方：英特换热设备（浙江）有限公司　　需方：天津森德暖通设备有限公司

根据《中华人民共和国经济合同法》和有关规定，经双方协商一致，签订本合同。
一、品名（牌号、商标、品种、型号、规格、等级、花色）、数量、价格、交（提）货日期：

| 名称 | 规格 | 单位 | 数量 | 含税价格 | 金额 | 发货日期 |
|---|---|---|---|---|---|---|
| 套管换热器 | ET013SC | 套 | 2 | 370.00 | 740.00 | 款到发货 |
| 套管换热器 | ET016SC | 套 | 2 | 410.00 | 820.00 | |
| 套管换热器 | ET019/024SC | 套 | 4 | 450.00 | 1800.00 | |
| 套管换热器 | ET030SC | 套 | 2 | 620.00 | 1240.00 | |
| 套管换热器 | ET036SC | 套 | 2 | 710.00 | 1420.00 | |

总计金额（大写）陆仟零贰拾元整　　　　￥： 6020.00

二、质量标准：按图纸和实样
三、验收方法：　　　　　　　　　　四、结算方式及期限：
五、交货方法：
六、包装标准：　　　　　　　　　　包装物的供应与回收：
七、运输方式：货运　　　　　　　　费用承担：供方承担
八、到货地点：天津西营开发区兴华十一支路13号　收货单位：天津森德暖通设备有限公司
　　（港、站）
九、违约责任：

十、其 它：

附注：1、本合同依法签订，即具有法律效力，双方必须全面履行，不得单方擅自变更或解除因故需变更或解除合同，应经双方协商同意另立协议。2、本合同正本二份，双方各执一份。

| 供方单位 | （英特换热设备（浙江）有限公司 印章） | 需方单位 | （天津森德暖通设备有限公司 合同专用章） | 鉴证机关字第号 |
|---|---|---|---|---|
| 代表签名 | | 代表签名 | | |
| 负责人 | | 负责人 | | |
| 地址 | 浙江省安吉县递铺镇灵峰商路818号 | 地址 | | |
| 电话 | 0572-5039980 | 电话 | | |
| 开户银行 | 安吉建行营业部 | 开户银行 | | 年 月 日 |
| 账号 | 33001647135053001104 | 账号 | | |

# zehnder

天津森德暖通设备有限公司
Zehnder Thermal (Tianjin)Co.,Ltd

## 套管式换热器 采购单

Contract#:070608-1620

| Part No. 部件编号 | 部件名称 | Specifications 规格描述 | Notes 备注 | 单位 Uint | 数量 Qty | 单价 Uint Price | 总价 Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 套管式换热器 | ET013SC | | 台 | 5 | 370.00 | 1850.00 |
| 2 | 套管式换热器 | ET016SC | | 台 | 2 | 410.00 | 820.00 |
| 3 | 套管式换热器 | ET030SC | | 台 | 2 | 620.00 | 1240.00 |
| 4 | 套管式换热器 | ET043SC | | 台 | 4 | 760.00 | 3040.00 |

¥0.00

合计：6950.00

TO: 英特换热设备（浙江）有限公司 丁雪燕小姐：

您好！请按以上明细尽快安排加工，并请回传合同。谢谢！

如有问题，请与我们联系！022-83962690 陶媛      0-13323373159 段聪慧

传真:022-23972873

申请：[签名] 07-6-4    主管： He    供货商签章：

6.84

# zehnder

天津森德暖通设备有限公司
Zehnder Thermal (Tianjin)Co.,Ltd

## 套管式换热器 采购单

Contract#:071008-2077

| Part No. 部件编号 | 部件名称 | Specifications 规格描述 | Notes 备注 | 单位 Uint | 数量 Qty | 单价 Uint Price | 总价 Total Price |
|---|---|---|---|---|---|---|---|
| 48P006A01 | 套管式换热器 | ET043SC | | 台 | 3 | ¥760.00 | ¥2,280.00 |
| | | | | | | | ¥2,280.00 |

TO：英特换热设备（浙江）有限公司 丁雪燕小姐：

您好！请按以上明细尽快安排加工，并请于10月14日送到我公司。谢谢！

如有问题，请与我们联系！ 022-83962690 陶媛        0-13323373159 段聪慧

传真:022-23972873

申请: 主管: 供货商签章



2007-10-9

# zehnder

天津森德暖通设备有限公司
Zehnder Thermal (Tianjin)Co.,Ltd

## 热泵项目换热器 采购单

Contract#:071227-2316

| Part No. 部件编号 | 部件名称 | Specifications 规格描述 | Notes 备注 | 单位 Uint | 数量 Qty | 单价 Uint Price | 总价 Total Price |
|---|---|---|---|---|---|---|---|
| 48P001A01 | 套管式换热器 | ET013SC | OD15.88 OD12.7 | 台 | 3 | ¥370.00 | ¥1,110.00 |
| 48P002A01 | 套管式换热器 | ET016SC | OD15.88 OD15.88 | 台 | 4 | ¥410.00 | ¥1,640.00 |
| 48P003A01 | 套管式换热器 | ET019/024SC | OD15.88 OD15.88 | 台 | 3 | ¥450.00 | ¥1,350.00 |
| 48P004A01 | 套管式换热器 | ET030SC | OD19.05 OD12.10 | 台 | 3 | ¥620.00 | ¥1,860.00 |
| 48P005A01 | 套管式换热器 | ET036SC | OD22.22 OD15.88 | 台 | 3 | ¥710.00 | ¥2,130.00 |
| 48P006A01 | 套管式换热器 | ET043SC | OD19.05 OD15.88 | 台 | 5 | ¥760.00 | ¥3,800.00 |
| | | | | | | | ¥11,890.00 |

TO: 英特换热设备（浙江）有限公司 丁雪燕小姐:

您好！请按以上明细尽快安排加工，我司会尽快安排汇款。谢谢！

如有问题，请与我们联系！022-83962690 陶媛

13502014276 何小忠

传真:022-23972873

申请: 主管: 供货商签章:

2007-12-13