**EXHIBIT C**

# 采购订单

采购订单号码：4500000292　　　凭证日期：2012/03/12　　　第 1 页/共 3 页

丁雪燕 先生/女士　　您好！

现向贵公司订购以下产品，请在一个工作日内确认签字盖章回传。若有疑问请及时电话沟通！



一、产品名称、规格、数量、金额、供货时间

| 序号 | 物料号 | 物料名称 | 型号 | 供应商物料 | 数量 | 单位 | 不含税单价 | 含税单价 | 含税总价 | 到货时间 | 采购申请数量 | 单位 | 采购申请单号 | 备 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 513202001 | 套管换热器 ET013SC | ET013SC | | 100 | PC | 327.14 | 382.75 | 38,275.38 | 2012/02/03 | 100 | PC | 1000001972 | 48P001 |
| 02 | 513202002 | 套管换热器 ET016SC | ET016SC | | 33 | PC | 358.30 | 419.21 | 13,833.96 | 2012/02/23 | 33 | PC | 1000001974 | 48P001 |
| 03 | 513202002 | 套管换热器 ET016SC | ET016SC | | 80 | PC | 358.30 | 419.21 | 33,536.88 | 2012/02/07 | 80 | PC | 1000001973 | 48P001 |
| 04 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 20 | PC | 388.59 | 454.65 | 9,093.01 | 2012/03/20 | 20 | PC | 1000003001 | 48P001 |
| 05 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 20 | PC | 388.59 | 454.65 | 9,093.01 | 2012/03/20 | 20 | PC | 1000004657 | 48P001 |
| 06 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 36 | PC | 388.59 | 454.65 | 16,367.41 | 2012/03/05 | 36 | PC | 1000004656 | 48P001 |
| 07 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 16 | PC | 388.59 | 454.65 | 7,274.40 | 2012/02/27 | 16 | PC | 1000004655 | 48P001 |
| 08 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 80 | PC | 388.59 | 454.65 | 36,372.02 | 2012/02/09 | 80 | PC | 1000004654 | 48P001 |
| 运费 | | | | | | | | | 0.00 | | | | | |
| 合计 | | | | | | | | | 205,954.90 | | | | | |

说明：1. 送货时一定要提供送货单和装箱单

　　　2. 要在送货单和装箱单上注明：采购订单号、物料号、物料名称、规格型号、数量，否则仓库将不予接收入库

# 采购订单

采购订单号码：4500000292　　　凭证日期：2012/03/12　　　第 2 页/共 3 页

丁雪燕 先生/女士　　　您好！

现向贵公司订购以下产品，请在一个工作日内确认签字盖章回传。若有疑问请及时电话沟通！

一、产品名称、规格、数量、金额、供货时间

| 序号 | 物料号 | 物料名称 | 型号 | 供应商物料 | 数量 | 单位 | 不含税单价 | 含税单价 | 含税总价 | 到货时间 | 采购申请数量 | 单位 | 采购申请单号 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 513202004 | 套管换热器 ET036SC | ET036SC | | 20 | PC | 618.74 | 723.93 | 14,478.52 | 2012/02/03 | 20 | PC | 1000001975 | 48P001 |
| 10 | 513202005 | 套管换热器 ET043SC | ET043SC | | 30 | PC | 649.19 | 759.55 | 22,786.57 | 2012/02/07 | 30 | PC | 1000001977 | 48P001 |
| 11 | 513202007 | 套管式换热器ETP019SC-SAA | ETP019SC-SAA | | 5 | PC | 827.99 | 968.75 | 4,843.74 | 2012/03/21 | 5 | PC | 1000005483 | P1333A |

| 运费 | 0.00 |
|---|---|
| 合计 | 205,954.90 |

说明：1. 送货时一定要提供送货单和装箱单

　　　2. 要在送货单和装箱单上注明：采购订单号、物料号、物料名称、规格型号、数量，否则仓库将不予接收入库

二、付款方式：按双方约定　　　　　　发票类型：17%增值税发票

三、质量要求、技术标准

1. 按需方的技术条件或图纸要求执行；如无技术条件或图纸要求，按国家标准或企业标准执行
2. 需方客户在使用过程中（质保期内），如由于供方产品本身质量问题，使得需方无法正常使用的，供方应在接到通知后第一时间给予无条件退换货。由此产生的相关费用，由供方负责。
3. 供货时需随货提供出厂检验报告、合格证等质量保障文件

四、交货地址：需方公司指定地点

五、运费：由供方承担（到需方指定地点）

六、质保期：12个月（自需方收到货物之日起计）

七、验收标准、方法及提出异议的期限：如有质量问题收货7个工作日内提出异议。
　　　验收标准为需方技术要求、图纸、验收签订的质量供货协议。

八、违约责任：按有关国家规定执行

九、解决合同纠纷的方式：双方友好协商解决；若协商未果，按中国人民共和国法律程序解决。

十、本合同壹式两份，甲乙双方各持一份（传真件盖章后方可生效）

十一、供方保证在产品生产过程中不使用童工。

| 供方 | 需方 |
|---|---|
| 名称：英特换热设备（浙江）有限公司 | 名称：森德(中国)暖通设备有限公司 |
| 地址：浙江安吉递铺灵峰南路818号 | 地址：北京通州区土桥,梨园砖厂村北 |
| 开户行： | 开户行： |
| 账号： | 账号： |
| 税号： | 税号： |
| 联系人：丁雪燕 | 联系人：段聪慧 |
| 电话：0572-5321628　13587220027 | 电话：0086 10 61562288 |
| 传真：0572-5321568 | 传真：10 61505131 |
| 日期： | 日期： |

采购订单号码：4500000091　　凭证日期：2012/02/20　　第 1 页/共 2 页

丁雪燕 先生/女士　　您好！

现向贵公司订购以下产品，请在一个工作日内确认签字盖章回传。若有疑问请及时电话沟通！

一、产品名称、规格、数量、金额、供货时间

| 序号 | 物料号 | 物料名称 | 型号 | 供应商物料 | 数量 | 单位 | 不含税单价 | 含税单价 | 含税总价 | 到货时间 | 采购申请数量 | 单位 | 采购申请单号 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 10 | PC | 383.41 | 448.59 | 4,485.90 | 2012/03/06 | 0.000 | | | 48P0 01/ |

| 运费 | | | | | | | | | 0.00 | | | | | |
| 合计 | | | | | | | | | 4,485.90 | | | | | |

说明：1. 送货时一定要提供送货单和装箱单

　　　2. 要在送货单和装箱单上注明：采购订单号、物料号、物料名称、规格型号、数量，否则仓库将不予接收入库

二、付款方式：按双方约定　　　　　　发票类型：17%增值税发票

三、质量要求、技术标准

1. 按需方的技术条件或图纸要求执行；如无技术条件或图纸要求，按国家标准或企业标准执行
2. 需方客户在使用过程中（质保期内），如由于供方产品本身质量问题，使得需方无法正常使用的，供方应在接到通知后第一时间给予无条件退换货。由此产生的相关费用，由供方负责。
3. 供货时需随货提供出厂检验报告、合格证等质量保障文件

四、交货地址：需方公司指定地点

五、运费：由供方承担（到需方指定地点）

六、质保期：12个月（自需方收到货物之日起计）

七、验收标准、方法及提出异议的期限：如有质量问题收货7个工作日内提出异议。
验收标准为需方技术要求、图纸、验收签订的质量供货协议。

八、违约责任：按有关国家规定执行

九、解决合同纠纷的方式：双方友好协商解决；若协商未果，按中国人民共和国法律程序解决。

十、本合同壹式两份，甲乙双方各持一份（传真件盖章后方可生效）

十一、供方保证在产品生产过程中不使用童工。

| 供方 | 需方 |
|---|---|
| 名称：英特换热设备（浙江）有限公司 | 名称：森德(中国)暖通设备有限公司 |
| 地址：浙江安吉递铺灵峰南路818号 | 地址：北京通州区土桥,梨园砖厂村北 |
| 开户行： | 开户行： |
| 账号： | 账号： |
| 税号： | 税号： |
| 联系人：丁雪燕 | 联系人：段聪慧 |
| 电话：0572-5321628 13587220027 | 电话：0086 10 61562288 |
| 传真：0572-5321568 | 传真：010-61505131 |
| 日期： | 日期： |



# 采购订单

采购订单号码：4500001767　　凭证日期：2012/07/31　　第 1 页/共 2 页

丁雪燕 先生/女士　您好！

现向贵公司订购以下产品，请在一个工作日内确认签字盖章回传。若有疑问请及时电话沟通！

一、产品名称、规格、数量、金额、供货时间

| 序号 | 物料号 | 物料名称 | 型号 | 供应商物料 | 数量 | 单位 | 不含税单价 | 含税单价 | 含税总价 | 到货时间 | 采购申请数量 | 单位 | 采购申请单号 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 513202003 | 套管换热器 ET019/024SC | ET019/024SC | | 16 | PC | 383.41 | 448.59 | 7,177.44 | 2012/08/31 | 16 | PC | 1000013156 | 48P001 |

| 运费 | | | | | | | | | 0.00 | | | | | |
| 合计 | | | | | | | | | 7,177.44 | | | | | |

说明：1. 送货时一定要提供送货单和装箱单

2. 要在送货单和装箱单上注明：采购订单号、物料号、物料名称、规格型号、数量，否则仓库将不予接收入库

二、付款方式：按双方约定　　　　　发票类型：17%增值税发票

三、质量要求、技术标准

1. 按需方的技术条件或图纸要求执行；如无技术条件或图纸要求，按国家标准或企业标准执行
2. 需方客户在使用过程中（质保期内），如由于供方产品本身质量问题，使得需方无法正常使用的，供方应在接到通知后第一时间给予无条件退换货。由此产生的相关费用，由供方负责。
3. 供货时需随货提供出厂检验报告、合格证等质量保障文件

四、交货地址：需方公司指定地点

五、运费：由供方承担（到需方指定地点）

六、质保期：12个月（自需方收到货物之日起计）

七、验收标准、方法及提出异议的期限：如有质量问题收货7个工作日内提出异议。

　　验收标准为需方技术要求、图纸、验收签订的质量供货协议。

八、违约责任：按有关国家规定执行

九、解决合同纠纷的方式：双方友好协商解决；若协商未果，按中国人民共和国法律程序解决。

十、本合同壹式两份，甲乙双方各持一份（传真件盖章后方可生效）

十一、供方保证在产品生产过程中不使用童工。

| 供方 | 需方 |
|---|---|
| 名称：英特换热设备（浙江）有限公司 | 名称：森德(中国)暖通设备有限公司 |
| 地址：浙江安吉递铺灵峰南路818号 | 地址：北京通州区土桥,梨园砖厂村北 |
| 开户行： | 开户行： |
| 账号： | 账号： |
| 税号： | 税号： |
| 联系人：丁雪燕 | 联系人：段聪慧 |
| 电话：0572-5321628　13587220027 | 电话：0086 10 61562288 |
| 传真：0572-5321568 | 传真：10 61505131 |
| 日期： | 日期：2012.07.31 |